# THE COURT OF CRIMINAL APPEALS OF TEXAS
## P.O. BOX 12308, CAPITOL STATION
### AUSTIN, TEXAS 78711

75,018-06

ERIC DAVIS

TDCJ-CID #1543230

899 F.M. 632

KENEDY, TEXAS 78119

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 26 2015

Abel Acosta, Clerk

October 21, 2015

Re: Eric Davis V. Stephen Williams, Case No: 9:14-cv-00002-RC-ZJH

To The Honorable Judge Of The Above Said Court,

Respectfully moving in the spirit of professionalism and good faith with integrity and loyalty towards the dignity of this court is Defendant Eric Davis.

Respectfully, I was wondering if I could obtain a copy of the last filed motion within your court. I have went through technical difficulties upon this facility and my legal material had gotten destroyed during the annual unit lock-down. I would highly appreciate if I could obtain the last specific document that I filed please. I sincerely thank you for your time, effort, and prompt attention regarding this matter.

Sincerely,

Eric Davis

CC/Filed...